## 27913. CALHOUN v. CALDWELL.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*
DECIDED MAY 31, 1973.

John Lee Calhoun, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 27870. WRAY v. CALDWELL.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*
DECIDED MAY 31, 1973.

Scott Wray, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 27878. DICKERSON v. BANKS.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*
DECIDED JUNE 21, 1973.

*Sullivan & Hawkins,* for appellant.
*Bryant Huff, District Attorney,* for appellee.

## 27927. MABLEY v. CALDWELL.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*
DECIDED JUNE 21, 1973.